SUSAN JORDAN *vs.* MAINE CENTRAL RAILROAD COMPANY.

Hancock County.    Decided June 4, 1910.    Action on the case under Revised Statutes, chapter 52, section 73, to recover damages caused by a fire alleged to have been set by a locomotive of the defendant.    The defendant offered no evidence.    Verdict for plaintiff for $198.33.    Defendant filed a general motion for a new trial. Overruled. *Harry L. Crabtree*, for plaintiff.    *Oscar F. Fellows, and Raymond Fellows, and Hale & Hamlin*, for defendant.

----

CHARLES E. HILL *vs.* MAINE CENTRAL RAILROAD COMPANY.

Oxford County.    Decided June 8, 1910.    Action on the case to recover damages for the destruction of the plaintiff's saw mill and contents, in Brownfield, by fire alleged to have been set by a passing locomotive of the defendant.    Verdict for plaintiff for $7,269.30. Defendant filed a general motion for a new trial.    Verdict set aside unless remittitur of all above $5,000 be made.    *Fred V. Matthews and Henry A. Peabody*, for plaintiff.    *Bisbee & Parker, and White & Carter*, for defendant.